IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

SIGNET, INC.,

    Plaintiff/Counter-Defendant,

VS.                              NO. 04-2634-MaV

DUNN MANUFACTURING CORPORATION,

    Defendant/Counter-Plaintiff.

## ORDER AMENDING SCHEDULE

Pursuant to the September 19, 2005, joint motion of the parties to amend the scheduling order and reset the trial in this matter, the court held a status conference on October 11, 2005. Participating by telephone on behalf of the plaintiff was Louis Miller. Participating on behalf of the defendant was Richard Charlton. For good cause shown, the court grants the motion and amends the schedule as follows:

1. The deadline for completing document production is December 1, 2005.

2. Plaintiff's expert disclosures are due December 15, 2005; defendant's expert disclosures are due December 31, 2005.

3. The deadline for completing depositions, interrogatories, and requests for admission is December 31, 2005.

4. The deadline for completing discovery is January 31,

2006.

5. The deadline for completing expert witness depositions is February 15, 2006.

6. The deadline for filing potentially dispositive motions is February 28, 2006.

7. The parties shall submit a joint proposed pretrial order by 5:00 p.m. on July 7, 2006.

8. A pretrial conference will be held on Friday, July 14, 2006, at 11:00 a.m.

9. The non-jury trial is **reset** to Monday, July 24, 2006, at 9:30 a.m. and is expected to take 2 to 3 days.

Absent good cause, the amended schedule set by this order will not be modified or extended.

So ORDERED this 3d day of November, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:04-CV-02634 was distributed by fax, mail, or direct printing on November 7, 2005 to the parties listed.

---

Richard E. Charlton
THE WINCHESTER LAW FIRM
6060 Poplar Avenue
Ste. 295
Memphis, TN 38119

Louis J. Miller
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Honorable Samuel Mays
US DISTRICT COURT